Battle, J.
 

 There is no difficulty in ascertaining the rights of the parties in this case. The legacy given to the defendant Smith, in trust for Phebe Bryan, whether given fin; her separate use or not, having never been received by her husband in her life time, would have accrued to him as her administrator, liad he taken oiit letters of administration on her estate. But as ho died without having done so, and the defendant Hallowell having taken them out, the latter is entitled, to call upon the defendant' Smith, for the payment of the said legacy, or such part thereof as had not been paid to the wife in her life time; and then the plaintiff as the executor of Bennet Bryan, the husband, is entitled to
 
 *206
 
 call upon Hallowell, as the administrator of the wife, for the same. The plaintiff may have a decree upon these principles, which are too well known to the profession to require a reference to any authority in support of them.
 

 Pee Curiam. Decree accordingly.